In the Matter of the Claim of HAROLD STELL, Respondent, v. VILLAGE OF NEWARK, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.